IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


MONCENACA BERRY                                        PLAINTIFF


VS.                                CIVIL ACTION NO. 3:09cv472-TSL-JCS


ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY;
ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY;
ALLSTATE ENTERPRISES MANAGEMENT COMPANY;
ALLSTATE ENTERPRISES, INC.; ALLSTATE FINANCIAL SERVICES, LLC;
ALLSTATE FINANCIAL ADVISORS, LLC;
GOOD INSURANCE AGENCY, INC.;
THE GOOD INSURANCE AGENCY, INC.; AND JOHN DOES 1-5      DEFENDANTS

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came before the Court at the joint request of the Plaintiff, Moncenaca Berry, and the Defendants for a final judgment dismissing any and all of the Plaintiff's claims whatsoever against all the Defendants. The Court has been informed that any and all claims whatsoever by or through Moncenaca Berry against all the Defendants have been fully compromised and settled.

All parties have consented to the entry of this Final Judgment as evidenced by the signatures below of the parties' respective counsel of record. Therefore, the Court finds that any and all of the claims of the Plaintiff, Moncenaca Berry, against all the Defendants should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that any and all of the claims of the Plaintiff, Moncenaca Berry, against all the Defendants are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 27th day of October, 2009.

/s/Tom S. Lee
U. S. DISTRICT COURT JUDGE

AGREED AND CONSENTED TO:


S/Kenya Martin
Kenya R. Martin, Esquire (MSB #101527)
Attorney for the Plaintiff


S/Eric Dillon
William C. Griffin, Esq. (MSB #5021)
Eric J. Dillon, Esq. (MSB #100958)
Attorneys for Defendants